UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEANEDRA SADLER,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

CASE NO. 3:22-cv-05421-RSL-JRC

ORDER GRANTING STIPULATED MOTION TO DISMISS

This matter is before the Court on referral from the district court and on the parties' stipulated motion to dismiss defendant United States Postal Service. *See* Dkt. 8.

At any time, by stipulation of all parties who have appeared, a plaintiff may dismiss an action. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff and defendant United States of America have stipulated to dismiss plaintiff's claims against defendant United States Postal Service. *See* Dkt. 8. Accordingly, the Court orders that defendant United States Postal Service is dismissed with prejudice from this action and without costs or fees to either party.

1  The Clerk shall update the docket to reflect that defendant United States Postal Service is
2  no longer a defendant in this action.

3

4  Dated this 26th day of August, 2022.

5

6  J. Richard Creatura
   Chief United States Magistrate Judge