UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEANEDRA SADLER,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No. 3:22-cv-05421-RSL-JRC<br><br>STIPULATION AND ORDER OF DISMISSAL |

## **JOINT STIPULATION**

COME now the parties hereto, by and through their respective counsel of record, and hereby stipulate that this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice and without cost to any party.

The parties further stipulate that this matter has been fully compromised and settled.

//

//

STIPULATION AND ORDER OF DISMISSAL
3:22-cv-05421-RSL-JRC - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

DATED this 1st day of November, 2022.

| | |
|---|---|
| NICHOLAS W. BROWN<br>United States Attorney | LADENBURG LAW |
| *s/ Kristen R. Vogel*<br>KRISTEN R. VOGEL, NY No. 5195664<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington  98101-1271<br>Phone:  206-553-7970<br>Fax:  206-553-4073<br>Email:  kristen.vogel@usdoj.gov<br><br>*Attorney for United States of America* | *s/ Erik F. Ladenburg*<br>ERIK F. LADENBURG, WSBA No. 29328<br>705 S. 9th Street, Suite 203<br>Tacoma, WA 98405<br>Phone: 253-272-5226<br>Fax: 253-295-2326<br>Email: erik@ladenburglaw.com<br><br>*Attorney for Plaintiff Deanedra Sadler* |

STIPULATION AND  ORDER OF DISMISSAL
3:22-cv-05421-RSL-JRC - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party.  This Court shall retain jurisdiction over the above-captioned action and the terms of the settlement thereof if and as necessary.

Dated this 2nd day of November, 2022.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
3:22-cv-05421-RSL-JRC - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970